United States Court of Appeals
For The First Circuit

_____

No. 19-1389

THOMAS FRANCHINI

Plaintiff-Appellee

v.

INVESTOR'S BUSINESS DAILY, INC., d/b/a Investor's Business Daily

Defendant-Appellant

and

BANGOR PUBLISHING COMPANY, INC., d/b/a Bangor Daily News; MEG HASKELL; EDWARD MURPHY; GANNETT COMPANY, INC., d/b/a USA Today; DONOVAN SLACK; SALLY PIPES; MTM ACQUISITION, INC., d/b/a Portland Press Herald

Defendants

### DEFENDANT-APPELLANT INVESTOR'S BUSINESS DAILY'S STATUS REPORT

NOW COMES Defendant-Appellant Investor's Business Daily LLC ("IBD"), and submits this Status Report pursuant to this Court's Order of August 8, 2022, amending the Court's Order of July 6, 2022 to provide for status reports filed every sixty days.

This is the fourth status report filed pursuant to the Court's order of August 8, 2022. There is no significant change in status since the last report of February 6, 2023. Discovery closed on October 7, 2022, on Plaintiff Franchini's remaining claim of Count 5 in his complaint against Defendants Gannett Company, Inc. d/b/a USA TODAY and Donovan Slack. ECF No. 188, Case 1:18-cv-0015-GZS. On October 14, 2022, the district court issued a Procedural Order, staying all pending deadlines, and ordering pursuant to Local Rule 56(h) that proceedings be scheduled for a pretrial motion for summary judgment on this remaining claim of Count 5. ECF No. 197, Case 1:18-cv-0015-GZS. Defendants Gannett and Slack's summary judgment motion and Plaintiff's response have been filed; Defendants' reply memorandum and reply statement of facts on summary judgment were filed on February 16, 2023. The district court will rule on the motion for summary judgment before any further proceedings, and has yet to issue its decision.

DATED: April 14, 2023  /s/ Russell B. Pierce, Jr.
                       Russell B. Pierce, Jr.
                       Court of Appeals Bar No. 46573
                       Counsel for Defendant-Appellant

NORMAN, HANSON & DETROY, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME  04112-4600
(207) 774-7000
rpierce@nhdlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, I electronically filed Defendant-Appellant Investor's Business Daily's Status Report with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) by the Notice of Docket Activity to ECF Filers of record, including registered counsel of record.

          /s/ Russell B. Pierce, Jr.
Russell B. Pierce, Jr.
Court of Appeals Bar No. 46573
Counsel for Defendant-Appellant

NORMAN, HANSON & DETROY, LLC
Two Canal Plaza, P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000
rpierce@nhdlaw.com